UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWAINE TAYLOR,
          Plaintiff,

-against-

CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF CORRECTION ("DOC") SUPERVISING WARDEN ARTHUR OLIVARI; CHIEF OF DEPARTMENT LARRY W. DAVIS, SR.; CHIEF OF DEPARTMENT MICHAEL HOURIHANE; WARDEN WILLIAM CLEMONS; DEPUTY WARDEN TURHAM GUMUSDERE; ASSISTANT DEPUTY WARDEN EXECUTIVE OFFICER AT BXDC JACQUELINE BRANTLEY and CORRECTION OFFICER JOHN DOES #1-#7,
          Defendants.



12 CV 5881

RELATED CASE STATEMENT

ECF CASE



      Plaintiff, by and through his attorneys, submits this Related Case Statement pursuant to Rule 1.6(a) of the Local Rules of this Court. This case is related to a case pending in Southern District of New York entitled *Kadeem John v. City of New York, et al.*, 11-cv-5610(RPP), which was filed on August 12, 2011 and is assigned to the Honorable Robert P. Patterson.

      Like *John*, this case involves Department of Correction ("DOC") officials turning a blind eye to, and condoning, inmate-on-inmate violence and gang control of New York City jails (including specifically, at the Robert N. Davoren Complex ("RNDC"), the principal City jail for adolescent males) as part of a practice known as "the Program." Like the plaintiff in *John*, the plaintiff in this case, Mr. Taylor, was a victim of "the Program" when he was brutally assaulted—twice—by members of the Bloods gang, while correction officers stood by and did nothing to prevent or stop the

assaults. This case also involves the same jail (RNDC) and the same counsel (Corporation Counsel, Legal Aid Society, and Emery Celli Brinckerhoff & Abady LLP) as in *John*, and will require discovery into the same policies and practices as *John*, namely "the Program."

Dated: July 31, 2012
New York, New York

EMERY CELLI BRINCKERHOFF
& ABADY LLP

*/s/ Jai Lughmen*

Jonathan S. Abady
Katherine Rosenfeld
Zoe Salzman
75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000

THE LEGAL AID SOCIETY
Jonathan S. Chasan
Mary Lynne Werlwas
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

*Attorneys for Plaintiff*