UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWAINE TAYLOR,

                Plaintiff,

-against-

CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF CORRECTION ("DOC") SUPERVISING WARDEN ARTHUR OLIVARI; CHIEF OF DEPARTMENT LARRY W. DAVIS, SR.; CHIEF OF DEPARTMENT MICHAEL HOURIHANE; WARDEN WILLIAM CLEMMONS; DEPUTY WARDEN TURHAM GUMUSDERE; ASSISTANT DEPUTY WARDEN EXECUTIVE OFFICER AT BXDC JACQUELINE BRANTLEY; and CORRECTION OFFICER JOHN DOES #1-#7,

                Defendants.

12 CV 5881 (RPP)

**DECLARATION OF KATHERINE ROSENFELD, ESQ., IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE**

KATHERINE ROSENFELD, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct as follows:

1. I am a partner at the law firm of Emery Celli Brinckerhoff & Abady LLP, and along with co-counsel the Legal Aid Society Prisoners' Rights Project, we represent Plaintiff Dwaine Taylor in the above-captioned matter. I submit this declaration in support of Plaintiff's motion for sanctions for spoliation of evidence.

2. Attached hereto as Exhibit A is a true and correct copy of Defendants' Responses and Objections to Plaintiff's Requests for Admission.

3. Attached hereto as Exhibit B is a true and correct copy of the Boyce Assault portion of the May 24, 2011 video recording.

1

4. Attached hereto as Exhibit C is a true and correct copy of the Use of Force portion of the May 24, 2011 video recording.

5. Attached hereto as Exhibit D is a true and correct copy of the deposition transcript of Defendant Assistant Deputy Warden Brantley's April 23, 2013 Rule 30(b)(6) deposition testimony.

6. Attached hereto as Exhibit E is a true and correct copy of the November 26, 2008 Memorandum to Department of Correction Commanding Officers from the Bureau Chief of Facility Operations regarding access to video recordings.

7. Attached hereto as Exhibit F is a true and correct copy of the Transcript of Oral Argument, March 28, 2012, *Kadeem John v. City of New York, et al.*, No. 11 Civ. 5610 (RPP).

8. Attached hereto as Exhibit G is a true and correct copy of the Order, May 30, 2013, *Tafari v. City of New York*, *et al.*, No. 13 Civ. 1733 (PAE).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 7, 2013
     New York, New York

                                                      /s/
                                          KATHERINE ROSENFELD